UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NAJAH EDMUNDSON, individually and on behalf of all others similarly situated, | Case No.: 3:21-cv-00758-SVN |
| Plaintiff, | |
| v. | |
| KLARNA, INC., | |
| Defendant. | |

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED to and agreed by and between the parties, by and through counsel, that this action be dismissed with prejudice as to all claims, counterclaims, cross-claims or actions in the above matter that each party has, had or may have against the other under Fed. R. Civ. P. 41 in accordance with the terms of the settlement agreement between the parties. Each party shall bear their own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated:  February 16, 2024

Respectfully submitted,

By: /s/ Richard E. Hayber
Richard E. Hayber (Fed. Bar No. CT11629)
Hayber McKenna & Dinsmore, LLC
750 Main Street, Suite 904
Hartford, CT 06103
(860) 522-8888 – Telephone
(860) 218-9555 – Facsimile
rhayber@hayberlawfirm.com

KalielGold PLLC
Sophia Goren Gold
950 Gilman Street, Suite 200
Berkeley, California 94710
Tel: (202) 350-4783
sgold@kalielgold.com

1

O'MELVENY & MYERS LLP

By: */s/ William K. Pao*
    William K. Pao
    400 South Hope Street, 18th Floor
    Los Angeles, CA 90071
    (213) 430-6000
    wpao@omm.com

    Esteban Rodriguez
    400 South Hope Street, 18th Floor
    Los Angeles, CA 90071
    (213) 430-6000
    esrodriguez@omm.com

    *Attorneys for Defendant Klarna, Inc.*

## CERTIFICATION OF SERVICE

I hereby certify that on **February 16, 2024**, a copy was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                           _/s/ Richard E. Hayber_
                           Richard E. Hayber